IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:91CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY WILLIAM MCCULLOUGH, | ) | NOTICE OF MOTION TO MODIFY |
| | ) | SENTENCE UNDER 18 U.S.C. SECTION |
| Defendant. | ) | 3582 |
| | ) | |

    Notice is hereby given to the United States attorney of the filing of a Motion to Modify Sentence Under 28 U.S.C. § 3582, filing 107.

    IT IS ORDERED that the United States attorney shall make a response to the motion on or before August 1, 2005.

    Dated July 1, 2005.

                                BY THE COURT

                                s/ Warren K. Urbom
                                United States Senior District Judge