IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:91CR3058 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY WILLIAM MCCULLOUGH, | ) | ORDER ON MOTION TO WITHDRAW |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the Motion toWithdraw, filing 110, is granted and the clerk's shall change the CM/ECF notice preferences on this case to "no" as to attorney John Stevens Berry.

    DATED August 1, 2005.

                              BY THE COURT:

                              s/ Warren K. Urbom
                              Senior United States District Judge