PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 JUN -8 PM 12: 04

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Jerry W. McCullough

Crim. No. 4:91CR03058

On _____July 19, 2012_____ the above named was placed on probation/supervised release for a period of Five (5) years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_____
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___8th___ day of ___June___, 20 _16_.

_____
Chief United States District Judge